UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60064-CIV-MORENO

In Re: ROTHSTEIN ROSENFELDT ADLER, PA.

    Debtor.
_____/

HERBERT STETTIN, Chapter 11 Trustee,

    Plaintiff,

vs.

QTASK, INC.,

    Defendant.
_____/

### ORDER DENYING IN PART MOTION TO WITHDRAW REFERENCE AND DENYING ALL OTHER PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Qtask's Motion to Withdraw Reference (**D.E. No. 1**), filed on **January 7, 2011**.

THE COURT has considered the motion, response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion is DENIED in part. The bankruptcy court reference is withdrawn in part as to the trial of those legal and factual issues that remain pending upon the transfer of the adversary proceeding to this court for jury trial. The bankruptcy court reference is affirmed in all other respects, including the bankruptcy court having the authority to conduct and rule upon all pre-trial matters, including as necessary any case dispositive motions. If and when this adversary proceeding becomes ready for trial, the bankruptcy court shall so notify this Court and transfer the proceeding to this court for jury trial. Accordingly, it is also

ADJUDGED that this case shall be closed and placed in a civil suspense file. All other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of January, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Counsel of Record